IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-20659
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DUNDRE ROBERSON,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. 95-CR-41-2
- - - - - - - - - -
May 20, 1996

Before HIGGINBOTHAM, DUHÉ, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

Dundre Roberson appeals his conviction and sentence for using or carrying a firearm during and in relation to a drug-trafficking crime in violation of 18 U.S.C. § 924(c). He argues that the evidence is insufficient to support his conviction in light of the recent Supreme Court decision, Bailey v. United States, 116 S. Ct. 501 (1995). Because the evidence was more than sufficient to show that Roberson actively employed a pistol in relation to the drug-trafficking offenses of which he was also

_____

Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

convicted, his argument is meritless.  See Bailey, 116 S. Ct. at 508-09.

AFFIRMED.